UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEAN MARKLEY, et al.,

    Plaintiffs,

v.

JOHN WEAVER, et al.,

    Defendants.

Case No. 20-cv-08533-JST

**ORDER DISMISSING CASE PURSUANT TO RULE 41(B)**

Re: ECF No. 11

On January 8, 2021, the Court ordered Plaintiffs to file an opposition to Defendants' motion to dismiss on or before January 22, 2021. ECF No. 11 at 1. The Court also advised that, "[i]f an opposition is not received by January 22, 2021, the Court will dismiss this action for failure to prosecute under Federal Rule of Civil Procedure 41(b)." *Id.*

To date, Plaintiffs have filed neither an opposition nor a statement of non-opposition, and the deadline for doing so has now passed. Accordingly, the Court now dismisses this case for failure to prosecute under Federal Rule of Civil Procedure 41(b). The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: January 25, 2021



JON S. TIGAR
United States District Judge